## E. D. ALLEN, W. K. Simpkins, and Luther Tucker, Appellants, v. UNITED STATES of America, Appellee.

### No. 7678.

Circuit Court of Appeals, Sixth Circuit.
April 9, 1937.

A. V. McLane, of Nashville, Tenn., for appellants.

D. L. Lansden, Asst. U. S. Atty., of Nashville, Tenn.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

It appearing to the court that the transcript of record in the above cause was tendered for filing on July 29, 1936, and that no further steps have been taken to prosecute the appeal, it is ordered that the appeal be docketed and dismissed, the costs to be charged against the government as constructive earnings.

## In the Matter of John Dixon BAUMGARDNER, Debtor.

## John Dixon BAUMGARDNER, Appellant, v. The EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Lien Creditor, Appellee.

### No. 7588.

Circuit Court of Appeals, Sixth Circuit.
May 11, 1937.

W. J. Carter, of Johnson City, Tenn., for appellant.

Frantz, McConnell & Seymour, of Knoxville, Tenn., for appellee.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

On motion of the appellant and by consent of the parties, the decree in this cause is reversed upon the authority of Robert Page Wright, Bankrupt, v. Vinton Branch of Mountain Trust Bank of Roanoke, Va., et al., 300 U.S. ——, 57 S.Ct. 556, 81 L.Ed. ——, decided by the Supreme Court March 29, 1937, and the case is remanded to the District Court for further proceedings not inconsistent herewith.

## Reed J. BEKINS et al., Appellants, v. MERCED IRRIGATION DISTRICT et al., Appellees.

### No. 8165.

Circuit Court of Appeals, Ninth Circuit.
April 12, 1937.

Maurice Harrison, Brobeck, Phleger & Harrison, tum Suden & tum Suden, and Hugh K. McKevitt, all of San Francisco, Cal., Clark, Nichols & Eltse, of Berkeley, Cal., W. Coburn Cook, of Turlock, Cal., Gillett & Gillett, of Oakland, Cal., and Charles L. Childers, of Los Angeles, Cal., for appellants.

Downey, Brand & Seymour, of Sacramento, Cal., Hugh K. Landram and C. Ray Robinson, both of Merced, Cal., and Orrick, Palmer & Dahlquist, of San Francisco, Cal., for appellees.

Before WILBUR, GARRECHT, and HANEY, Circuit Judges.

PER CURIAM.

Upon motion of appellants for advancement of cause for hearing, and for reversal of decree of the District Court herein, and after oral arguments thereon, ordered said motion granted, that a decree be filed and entered reversing the decree of said District Court, and remanding the cause with directions to dismiss the cause; mandate to issue in 40 days.